IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-72,618-01






EX PARTE DERICK JEROME SANDERS, Applicant






ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. 0799847A IN THE 72,618-01 DISTRICT COURT

FROM TARRANT COUNTY





 Per curiam.


O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession with
intent to deliver a controlled substance in exchange for deferred adjudication community
supervision. His guilt was later adjudicated, and he was sentenced to five years' imprisonment. 

 On August 18, 2009, the trial court entered an order adopting the State's proposed findings
of fact and conclusions of law as its own, and recommending that relief be denied. This Court has
reviewed the record with respect to the allegations made by Applicant. We adopt the trial court's
findings and conclusions of law, except for conclusions #11 and #12. Based upon the trial court's
findings and conclusions and our own review, we deny relief.

 

Filed: October 28, 2009

Do not publish